# RECORD OF MAGISTRATE'S PROCEEDINGS

**UNITED STATES OF AMERICA**

vs

KENNETH GRAYSON

MAGISTRATE'S DOCKET # 21-155
DATE OF COMPLAINT:
CRIMINAL DOCKET NUMBER:
DATE OF INDICTMENT:
STATUTE:

DATE ARRESTED:

## INITIAL APPEARANCE

| Before Magistrate | | | | | |
|---|---|---|---|---|---|
| [X] LENIHAN | [ ] KELLY | Date: 1/26/21 | Casette Tape # |
| [ ] MITCHELL | [ ] BAXTER | Time: 3:00 PM | Tape Index: |
| [ ] EDDY | [ ] PESTO | | |

U. S. ATTORNEY: Soo Song

1. **RIGHTS EXPLAINED**

2. **COMPLAINT/INDICTMENT/INFORMATION:**
   - [X] Read
   - [X] Summarized
   - [ ] Reading waived
   - [X] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. **ACT & PENALTIES**
   - [X] Read
   - [X] Summarized
   - [ ] Reading waived

4. **COUNSEL**
   - [X] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [X] Defendant represented by: Stanley Greenfield
   - [ ] Defendant expects to retain:
   - [X] Affidavit executed.
   - [ ] Not Qualified
   - [X] Qualified
   - [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [X] CJA Panel Attorney  Stanley Greenfield to be  appointed

5. **BAIL**
   - [ ] Recommended Bond:
   - [ ] Bond Set at:
   - [ ] By Consent
   - [ ] Additional Conditions Imposed:
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [X] Temporary Commitment issued
   - [ ] Final Commitment issued
   - [ ] Bond Review Hearing Set For:
   - [X] Detention Hearing Set For: 1/28/21 @ 10 AM

6. **PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
   - [X] Preliminary Exam/~~Rule 40/Arraignment~~ set for: 1/28/21 @ 10 AM Before Magistrate LISA LENIHAN

ADDITIONAL COMMENTS: The Defendant agreed to participate in this hearing via video conference.
AN IDENTITY HEARING IS SCHEDULED FOR 1/28/21 before JUDGE LISA LENIHAN