## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                                )
             v.            )      Magistrate No. 2:21-mj-00155
                                )
KENNETH GRAYSON         )

### PRELIMNARY EXAMINATION / DETENTION HEARING
<u>Before Magistrate Lisa Pupo Lenihan</u>

| **PARTY** | | **COUNSEL** |
|---|---|---|
| United States of America | | Soo Song |
| Kenneth Grayson | Defendant | Stanley Greenfield |

Date: <u>   January 28, 2021, at 10:00 AM        </u>

Court Reporter: <u>     Karen Earley      </u>

       The Defendant consents to proceeding via video. Counsel informs the Court the Defendant is waiving his Identity Hearing. A waiver form is executed. FBI Special Agent Mark Brundage is sworn and testifies. Defense counsel calls no witnesses. The Court finds probable cause exists to support all five charges. An appropriate order will be entered. Argument on detention is made. The Court orders the Defendant released on a $25,000 unsecured bond. The conditions of release are outlined in open court. The government asks for a stay so the U.S. Attorney in the District of Columbia might file an appeal. The Court agrees and stays the execution of the release order until January 29, 2021 at 5:00 PM. Should no appeal be filed, the Defendant will be released. The Defendant is sworn to the conditions.