IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States v. Kenneth Grayson | ) <br> ) <br> )   Magistrate No. 21-155 <br> ) <br> ) |

## **CONSENT MOTION**

AND NOW comes the United States of America by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Soo C. Song, Assistant United States Attorney for said District and respectfully moves this Court to add a condition of pretrial release that the defendant be placed on location monitoring and home detention as ordered by Pretrial Services in the Western District of Pennsylvania and in accordance with their instructions and program requirements. Mr. Greenfield, counsel for Mr. Grayson, and undersigned counsel have conferred and Mr. Greenfield agrees to this addition.

Should the Court agree to the addition of the specified condition of pretrial release, the United States will withdraw its request for a stay of this Court's release order until 5PM today, January 29, 2021. Accordingly, Mr. Grayson could then be released forthwith under the pretrial release conditions specified by the Court.

                                                    Respectfully submitted,

                                                    SCOTT W. BRADY
                                                    United States Attorney

                                                   *s/ Soo C. Song*
         By:     SOO C. SONG
                     Assistant U.S. Attorney
                   DC ID No. 457268