IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs<br><br>KENNETH GRAYSON,<br>Defendant. | Criminal No: 2:21-MJ-00155-1-LL |

### ORDER APPOINTING COUNSEL

The Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his/her right to the appointment of counsel, attorney STANLEY W. GREENFIELD is appointed as counsel for defendant KENNETH GRAYSON pursuant to provisions on the Criminal Justice Act, 18 U.S.C §3006A.

This appointment is effective the 5th day of February, 2021, *nunc pro tunc 1/26/2021*

_____
Lisa P Lenihan
United States Magistrate Judge
2-5-21